

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00148-CV

| | | |
|---|---|---|
| DARIN G. CYPHERS, INDIVIDUALLY AND AS DULY AUTHORIZED AGENT OF PRESIDENTIAL ONE ENTERPRISES, LLC, Appellant | § | On Appeal from the 352nd District Court |
| | § | of Tarrant County (352-317616-20) |
| V. | | |
| | § | August 15, 2024 |
| DENNIS D. CUNNINGHAM, INDIVIDUALLY AND FOR AND ON BEHALF OF MARGARET M. CUNNINGHAM, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Darin G. Cyphers shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Wade Birdwell  
       Justice Wade Birdwell